## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EHAB ELMAGHRABY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-1809 (JG)(SMG) |
| JOHN ASHCROFT, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANT DENNIS M. HASTY'S NOTICE OF APPEAL

Notice is hereby given that Defendant Dennis M. Hasty hereby appeals to the

United States Court of Appeals for the Second Circuit, the District Court's

Memorandum and Order in this case entered on September 27, 2005.

Respectfully submitted,

Michael L. Martinez (MM 8267)
Shari Ross Lahlou (SL 8568)
Kyler E. Smart (KS 0145)
Matthew Scarlato (MS 2034)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2500

October 24, 2005                              Counsel for Defendant Dennis M. Hasty

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2005, I caused a true and correct copy of the foregoing Notice of Appeal to be served via electronic mail on the following:

Alexander A. Reinert
Koob & Magoolaghan
19 Fulton Street, Suite 408
New York, NY 10038

aar@kmlaw-ny.com

Counsel for Plaintiffs

Larry Gregg
U.S. Department of Justice
Office of the United States Attorney,
E.D. Va.
Civil Division
2100 Jamieson Avenue
Alexandria, VA 22314

larry.gregg@usdoj.gov

Counsel for John Ashcroft

Richard w. Sponseller
U.S. Department of Justice
Office of the United States Attorney,
E.D. Va.
Civil Division
2100 Jamieson Avenue
Alexandria, VA 22314

richard.sponseller@usdoj.gov

Counsel for John Ashcroft

Brian D. Miller
U.S. Department of Justice
Office of the United States Attorney,
E.D. Va.
Civil Division
2100 Jamieson Avenue
Alexandria, VA 22314

brian.miller@usdoj.gov

Counsel for John Ashcroft

Haeyoung Yoon
Community Development Project
Urban Justice Center
666 Broadway, 10th Floor
New York, NY 10012

hyoon@urbanjustice.org

Counsel for Plaintiffs

Craig Lawrence
U.S. Attorney's Office, D.D.C.
Civil Division
555 4th Street, NW
Washington, DC 20001

craig.lawrence@usdoj.gov

Counsel for Robert Mueller

Mark E. Nagle
Troutman Sanders LLP
401 Ninth Street, N.W.
Suite 1000
Washington, DC 20004

mark.nagle@troutmansanders.com

Counsel for Kathleen Hawk Sawyer


James G. Ryan
Cullen & Dykman Bleakley Platt LLP
100 Quentin Roosevelt Blvd.
Garden City, New York 11530

jryan@cullenanddykman.com

Counsel for Steven Barrere


Stephen E. Handler
U.S. Department of Justice
Ben Franklin Station
P.O. Box 888
Washington DC 20044

Stephen.hanlder@usdoj.gov

Counsel for United States of America


Debra Roth
Shaw, Bransford, Veilleux & Roth PC
1100 Connecticut Ave, NW
Suite 900
Washington, DC 20036

droth@shawbransford.com

Counsel for James Sherman


Linda Marie Marino
Fleming, Zulack & Williamson, LLP
One Liberty Plaza
New York, NY 10006

lmarino@fzw.com

Counsel for Linda Thomas


Allen Noel Taffet
Duval & Stachenfeld LLP
300 East 42nd Street, 3rd Floor
New York, NY 10017

ataffet@dsllp.com

Counsel for Michael Zenk


Kenneth C. Murphy,
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10112

kcmurphy@simonlawyers.com

Counsel for Howard Gussak


Raymond Granger
757 Third Avenue, 7th Floor
New York, NY 10007

rgranger@rgranger.com

Counsel for Elizabeth Torres and David Rardin


2

David A. Koenigsberg
Menz Bonner & Komar LLP
Two Grand Central Tower
140 East 45th Street
20th Floor
New York, NY 10017

dkoenigsberg@mbklawyers.com

Counsel for Jon Osteen, Angel Perez


James F. Matthews
Matthews & Matthews
191 New York Avenue
Huntington, NY 11743

jmatthewslaw@aol.com

Counsel for Marcial Mundo


Alan E. Wolin
Wolin & Wolin
420 Jericho Turnpike, Suite 215
Jericho, NY 11753

wolinlaw@aol.com

Counsel for Sydney Chase, Michael
Defrancisco, Richard Diaz, Scott Roseberry,
Joseph Cuciti


Cary M. Feldman
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Washington DC 20036

caryf@feldesmantucker.com

Counsel for Nora Lorenzo


Barry M. Lasky
Lasky & Steinberg PC
595 Stewart Avenue, Suite 410
Garden City, NY 11530

bmlpc@aol.com

Counsel for Clemett Shacks


Labe M. Richman
305 Broadway, Suite 100
New York, NY 10007

labe@laberichman.com

Counsel for Lindsey Bledsoe


Nicholas Gregory Kaizer
Law Offices of Richard Ware Levitt
148 East 78th Street
New York, NY 10021

nkaizer@richardlevitt.com

Counsel for Raymond Cotton


Lauren J. Resnick
Baker & Hostetler, LLP
666 Fifth Avenue, 16th Floor
New York, NY 10103

lresnick@bakerlaw.com

Counsel for Michael Rolince

3

Bridget McMillan
Bridget McMillan, Attorney at Law
149 West 131st St
New York, NY 10027

Msesquire8@aol.com

Counsel for Dexter Moore, Jai Jaikisson and
Reynaldo Alamo

Ronald Paul Hart
305 Broadway, Suite 1001
New York, NY 10007

rhart5o481@aol.com

Counsel for James Clardy

William E. Lawler, III
Vinson & Elkins, L.L.P.
1455 Pennsylania Avenue, N.W., Suite 700
Washington, DC 20004

wlawler@velaw.com

Counsel for Michael Cooksey

Deborah Prisinzano Mikkelsen
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

dmikkelsen@morganlewis.com

Counsel for Kenneth Maxwell

Rocco G. Avallone
Cronin & Byczek, LLP
1981 Marcus Avenue, Suite 227
Lake Success, NY 11042

avallone@cblawyers.net

Counsel for Elizabeth Torres

I hereby certify that on this 24th day of October, 2005, I caused a true and correct copy of the foregoing Notice of Appeal to be served via first class mail on the following:

Robert Goldman
73 Spring Street, Suite 402
New York, NY 10012

Counsel for William Beck

Dated:  October 24, 2005

_____
Kyler E. Smart

4