IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EHAB ELMAGHRABY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN ASHCROFT, Attorney General of ) <br> the United States, *et al.*, ) <br> ) <br> Defendants. ) | No. 04 CV 1809 (JG) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 17 2005 ★
BROOKLYN OFFICE

## [PROPOSED] ORDER

The motion for admission of Justin P. Murphy to practice pro hac vice in the above-captioned matter is granted. The admitted attorney is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms Mr. Murphy's appearance as counsel in this case, for Defendant Dennis Hasty, and it will be entered on the Court's docket. A notation of his admission pro hac vice for the above-listed case will be made on the roll of attorneys.

Mr. Murphy must serve a copy of this Order on all other counsel in this case.

s/John Gleeson  11-00-05
Dated: November 9, 2005            The Honorable John Gleeson
                                   United States District Judge

cc:   Justin P. Murphy, Esq.
      Court File