UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EHAB ELMAGHRABY and JAVAID IQBAL,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br>JOHN ASHCROFT, ROBERT MUELLER,<br>MICHAEL ROLINCE, KENNETH MAXWELL,<br>KATHLEEN HAWK SAWYER, DAVID<br>RARDIN, MICHAEL COOKSEY, DENNIS<br>HASTY, MICHAEL ZENK, LINDA THOMAS,<br>JAMES SHERMAN, SALVATORE<br>LOPRESTI, STEVEN BARRERE, WILLIAM<br>BECK, LINDSEY BLEDSOE, JOSEPH CUCITI,<br>THOMAS CUSH, HOWARD GUSSAK,<br>MARCIAL MUNDO, DANIEL ORTIZ,<br>ELIZABETH TORRES, REYNALDO<br>ALAMO, SYDNEY CHASE, JAMES CLARDY,<br>RAYMOND COTTON, MICHAEL<br>DEFRANCISCO, RICHARD DIAZ, JAI<br>JAIKISSOON, DEXTER MOORE, JON<br>OSTEEN, ANGEL PEREZ, SCOTT ROSEBERY,<br>CLEMMET SHACKS, NORA LORENZO, AND<br>"JOHN DOE" CORRECTIONS OFFICERS 1-19,<br><br>　　　　　　Defendants. | 04 CV 1809 (JG)(SMG)<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT, E.D.N.Y.<br><br>★ MAR 15 2005 ★<br><br>BROOKLYN OFFICE |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff Ehab Elmaghraby has moved to dismiss his action against all named defendants with prejudice, with each party bearing its own costs, expenses, and fees; and

WHEREAS, plaintiff Javaid Iqbal has consented to a dismissal of plaintiff Ehab Elmaghraby's action against all named defendants;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Ehab Elmaghraby's action against all named defendants is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated this 3rd day of March, 2006.

s/John Gleeson
Honorable John Gleeson
United States District Judge