UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2006 ★
BROOKLYN OFFICE

EHAB ELMAGHRABY and JAVAID IQBAL, )
)
Plaintiffs, )
vs. )
) 04 CV 1809 (JG)(SMG)
)
UNITED STATES OF AMERICA, )
JOHN ASHCROFT, ROBERT MUELLER, )
MICHAEL ROLINCE, KENNETH MAXWELL, )
KATHLEEN HAWK SAWYER, DAVID )
RARDIN, MICHAEL COOKSEY, DENNIS )
HASTY, MICHAEL ZENK, LINDA THOMAS, )
JAMES SHERMAN, SALVATORE )
LOPRESTI, STEVEN BARRERE, WILLIAM )
BECK, LINDSEY BLEDSOE, JOSEPH CUCITI, )
THOMAS CUSH, HOWARD GUSSAK, )
MARCIAL MUNDO, DANIEL ORTIZ, )
ELIZABETH TORRES, REYNALDO )
ALAMO, SYDNEY CHASE, JAMES CLARDY, )
RAYMOND COTTON, MICHAEL )
DEFRANCISCO, RICHARD DIAZ, JAI )
JAIKISSOON, DEXTER MOORE, JON )
OSTEEN, ANGEL PEREZ, SCOTT ROSEBERY, )
CLEMMET SHACKS, NORA LORENZO, AND )
"JOHN DOE" CORRECTIONS OFFICERS 1-19, )
)
Defendants. )
)

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff Ehab Elmaghraby has moved to dismiss his action against all named defendants with prejudice, with each party bearing its own costs, expenses, and fees; and

WHEREAS, plaintiff Javaid Iqbal has consented to a dismissal of plaintiff Ehab Elmaghraby's action against all named defendants;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Ehab Elmaghraby's action against all named defendants is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated this 10th day of March, 2006.

s/John Gleeson<br>
Honorable John Gleeson<br>
United States District Judge