EDNY
04-cv-1809



UNITED STATES COURT OF APPEALS
SECOND CIRCUIT COURT OF APPEALS
-------------------------------------------------------X

JAVAID IQBAL,

                Plaintiffs-Appellees,

-against-

MICHAEL COOKSEY, ET AL.,

                Defendants-Appellants.
-------------------------------------------------------X

STIPULATION WITHDRAWING
APPEAL FROM ACTIVE
CONSIDERATION

Docket Nos.05-5844-cv (L);
05-6358-cv (CON); 05-6386-cv (CON)

    The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by November 27, 2009.

    The reason for the withdrawal is because a settlement has been reached in principle between appellee Javaid Iqbal and defendant United States. One of the conditions of settlement is the dismissal of appellee's claims against all defendants, including the within appellants.

    If not reactivated by November 27, 2009, the appeal is subject to dismissal with prejudice and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002). Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

Dated: September 29, 2009

_____
Mark E. Nagle
Troutman Sanders LLP
401 Ninth Street, N.W.

*(signature)*
Raymond Granger
40 Fulton Street, 23rd Floor
New York, NY 10038

-1-

CERTIFIED: 10/7/09

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT COURT OF APPEALS
----------------------------------------------------------X

JAVAID IQBAL,

                    Plaintiffs-Appellees,

        -against-

MICHAEL COOKSEY, ET AL.,

                    Defendants-Appellants.
----------------------------------------------------------X

STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION

Docket Nos. 05-5844-cv (L); 05-6358-cv (CON); 05-6386-cv (CON)

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by November 27, 2009.

The reason for the withdrawal is because a settlement has been reached in principle between appellee Javaid Iqbal and defendant United States. One of the conditions of settlement is the dismissal of appellee's claims against all defendants, including the within appellants.

If not reactivated by November 27, 2009, the appeal is subject to dismissal with prejudice and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002). Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

Dated: September 29, 2009

_____
Mark E. Nagle
Troutman Sanders LLP
401 Ninth Street, N.W.

_____
Raymond Granger
40 Fulton Street, 23rd Floor
New York, NY 10038

-1-

| | |
|---|---|
| Suite 1000<br>Washington, D.C. 20004<br>Counsel for Appellant Kathleen Hawk Sawyer | Counsel for Appellant David Rardin |
| *Cheryl A. Curtis*<br>Cheryl Curtis<br>Vinson & Elkins, LLP.<br>1455 Pennsylania Avenue, N.W.<br>Suite 600<br>Washington, DC 20004<br>Counsel for Appellant Michael Cooksey | Alexander A. Reinert<br>Of Counsel<br>Koob & Magoolaghan<br>221 DeVoe Avenue<br>Yonkers, NY 10705<br>Counsel for Appellee Javaid Iqbal |

**SO ORDERED:**

10/7/09
Date

**FOR THE COURT:**
**CATHERINE O'HAGAN WOLFE,**
By:

Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

-2-