

**U.S. Department of Justice**

Civil Division

---

Washington, D.C. 20530

PJP:SEHandler:seh  
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

Telephone No.  
(202) 616-4279

October 23, 2009

Filed Electronically

The Honorable Steven M. Gold  
Chief United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re: *Elmaghraby, et al. v. Ashcroft, et al.*  
        Civil Action No. 04 CV 1809 (JG) (SMG)

Dear Chief Judge Gold:

    On September 24, 2009, the Court requested a status report regarding the completion of the settlement reached between the United States and Plaintiff Javaid Iqbal. This report is being submitted on behalf of both the United States and the plaintiff. The United States recently received the executed "Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677" from the plaintiff. A submission has been made to the Department of the Treasury for the payment of the settlement amount; this could take from 8 to 12 weeks to complete. *See* http://fms.treas.gov/judgefund/questions.html. Once this process concludes, the plaintiff will file the appropriate documents to dismiss his claims.

                         Respectfully submitted,

                         Stephen E. Handler  
                         Senior Trial Counsel, Torts Branch  
                         Civil Division

cc:    Counsel of record  
       *Pro Se* Defendants