# KOOB & MAGOOLAGHAN
*Attorneys at Law*

221 DEVOE AVENUE  YONKERS, NEW YORK 10705
TELEPHONE: (914) 964-8888  FACSIMILE: (914) 964-8801

ELIZABETH L. KOOB
JOAN MAGOOLAGHAN

ALEXANDER A. REINERT
    *Of Counsel*

November 9, 2009

**VIA ECF**

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Elmaghraby, et al. v. Ashcroft, et al.</u>, No. 04CV1809 (JG)(SMG)

Dear Judge Gleeson:

We represent plaintiffs Ehab Elmaghraby and Javaid Iqbal in the above-referenced matter. In 2006 Mr. Elmaghraby settled his claims with the defendants, and an Order of Dismissal dated March 3, 2006 was thereafter entered. In October, 2009 Mr. Iqbal entered into a Stipulation of Settlement in regard his claims. In accordance with the terms of the Stipulation, we submit now for the Court's consideration a Proposed Order of Dismissal in regard to Mr. Iqbal's claims.

Respectfully submitted,

*Joan Magoolaghan*

Joan Magoolaghan

cc:    The Honorable Chief Magistrate Judge Gold
       All counsel