UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
:
EHAB ELMAGHRABY and JAVAID IQBAL, :
:
:
Plaintiffs, :
:
-against- : 04 CV 1809 (JG)(SMG)
:
UNITED STATES OF AMERICA, JOHN ASHCROFT, :
ROBERT MUELLER, MICHAEL ROLINCE, :
KENNETH MAXWELL, KATHLEEN HAWK :
SAWYER, DAVID RARDIN, MICHAEL COOKSEY, :
DENNIS HASTY, MICHAEL ZENK, LINDA :
THOMAS, JAMES SHERMAN, SALVATORE :
LOPRESTI, STEVEN BARRERE,WILLIAM BECK, :
LINDSEY BLEDSOE, JOSEPH CUCITI, THOMAS :
CUSH; HOWARD GUSSAK; MARCIAL MUNDO, :
DANIEL ORTIZ, ELIZABETH TORRES, REYNALDO :
ALAMO; SYDNEY CHASE; JAMES CLARDY, :
RAYMOND COTTON, MICHAEL DEFRANCISCO, :
RICHARD DIAZ; JAI JAIKISSON; DEXTER MOORE; :
JON OSTEEN;  ANGEL PEREZ; SCOTT :
ROSEBERRY; CLEMMETT SHACKS; NORA :
LORENZO, "JOHN DOE" CORRECTIONS OFFICERS :
NOS. 1-19, :
Defendants. :
:
:
-------------------------------------------------------------------------------- X

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff Javaid Iqbal has moved to dismiss his action against all named defendants with prejudice, with each party bearing its own costs, expenses, and fees; and

WHEREAS, an Order of Dismissal dated March 3, 2006 was entered in regard to all claims asserted by plaintiff Ehab Elmaghraby;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Javaid

Iqbal's action is dismissed against all named defendants with prejudice, with each party to bear its own costs, expenses and fees.

Dated this _____ day of _____, 2009.

                                                          _____
                                                          Honorable John Gleeson
                                                          United States District Judge