CV04-1809



# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 3rd day of December, two thousand and nine.

PRESENT:   José A. Cabranes,
                *Circuit Judge.*

Javaid Iqbal,

    *Plaintiff-Appellee,*

v.

**ORDER**
Docket Number: 05-6379-cv
                     05-6388-cv

Michael Rolince, Former Chief of the Federal Bureau of Investigation's International Terrorism Operations Section, Counterterrorism Division, Kenneth Maxwell, Former Assistant Special Agent in Charge, New York Field Office, Federal Bureau of Investigation.

    *Defendants-Appellants.*

The parties having entered into a stipulation to withdraw the appeal without prejudice to reactivation by November 27, 2009 and the parties having declined to reactivate the appeal by that date, IT IS HEREBY ORDERED that the appeal is DISMISSED with prejudice.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

By: Joy Fallek
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED:   12/3/09